# EXHIBIT "B"

## THE TRUSTEES OF THE STEVENS INSTITUTE OF TECHNOLOGY
## CORPORATE SPONSORED RESEARCH AGREEMENT- Modification 01

This is a modification to **RESEARCH AGREEMENT** effective **October 1, 2020**, by and between The Trustees of the Stevens Institute of Technology, a non-profit corporation organized and existing under the laws of the State of New Jersey (the "University") and iModalGround, LLC, a Delaware limited liability company, having its principal offices at 112 S. 24th Street, Weirton, West Virginia 26062 (the private "Sponsor") and Inter-Modal Holding, LLC, an Ohio limited liability company, having its principal offices at 117 S. Hollywood Blvd, Steubenville, Ohio 43952 (the private "Advocate").

The terms of the Agreement are modified as follows:

### 10. Term and Termination.

(a) This Agreement shall be effective for the term **October 1, 2020 through March 31, 2023**, and may be extended thereafter by mutual agreement of the parties in writing; provided, however, that the Termination of this Agreement shall not relieve either party of any obligation of such party accrued prior to such termination hereunder.

All other terms and conditions of the original Research Agreement remain in effect.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement by their duly authorized officers or representatives.

| THE TRUSTEES OF THE STEVENS INSTITUTE OF TECHONOLGY | THE PRIVATE SPONSOR: IMODALGROUND, LLC |
|---|---|

1

GC created: march2014
OSP form 4xx

By: Barbara Dottavion
Title: Exec. Director
Date: 11.11.2021

By: [signature]
Title: VP Tech + Ops
Date: 11/11/21

Read and acknowledged:

**Principal Investigator**

[signature]

Name: