# EXHIBIT "C"

# STEVENS

**Institute of Technology**
**Castle Point on Hudson**
**Hoboken, NJ  07030**
**Office of Sponsored Projects**
**Fax 201.216.5203**

| | |
|---|---|
| **INVOICE NO.** | 1 |
| **SIT ACCOUNT NO.** | 2103143-2600008 |
| **Tax ID #** | 22-1487354 |
| **Budget** | $3,300,000.00 |
| **DATE** | 06.09.2021 |
| **Sponsor** | iModalGround (iMG) |
| **Sponsor No.** | Agreement signed 9/30/2020 |

**Bill to:**

Contracts
**iModalGround, LLC**
112 S. 24th Street
Weirton, WV 26062

**MJ Johnson**
mjjohnson@intermodalholding.com
 imodalground@gmail.com

**Inquires of this invoice should be directed to:**
**Jaquion Gholston, Asst. Director Sponsored Accounting and Cost Analysis**
**Phone: 201-216-5371**

"By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812)."

**Authorized Signature**

| P.I. | TITLE | BILLING PERIOD | SIT NO. |
|---|---|---|---|
| Salloum, Hady | Research for the Commercialization of the Passive Acoustic Underwater Intruder Detection System | Fixed Price | 2103143.2600008-1 |

| DESCRIPTION | CURRENT | CUMULATIVE |
|---|---|---|
| **As per contract agreement:** Agreement signed 9/30/2020 | | |
| Full Award Contract Agreement $3.3 million | $3,300,000.00 | $ 3,300,000.00 |
| **MTDC** | $3,300,000.00 | $ 3,300,000.00 |
| | | $ - |
| **TOTAL** | $3,300,000.00 | $ 3,300,000.00 |
| **Amount Due** → | $ 3,300,000.00 | |

*Please make check payable to   Stevens Institute of Technology  and mail it to*
*Office of Sponsored Accounting-EAS Building Room 310, 1 Castle Point on Hudson, Hoboken, NJ 07030*
*Attn: E.Palmer*
*\*EFT payment option is also available.  If you have EFT questions you can contact finance-support@stevens.edu \**