# EXHIBIT "D"

| | |
|---|---|
| **From:** | Rebecca Ashley <rashley@stevens.edu> |
| **Sent:** | Thursday, December 16, 2021 3:40 PM |
| **To:** | MJ Johnson; imodalground@gmail.com |
| **Cc:** | Hady Salloum; Stephen Kosciolek; Claevens Estriplet |
| **Subject:** | RE: Attn: Research Accounting Re Invoice 1 - 2nd Request |

Hi Ms. Johnson,

Thanks so much for letting me know. I look forward to hearing from you next week.

Have a great night!

Becky Ashley
**Sponsored Account Analyst**
**Office of Finance**
Castle Point on Hudson
Hoboken, New Jersey 07030
rashley@stevens.edu



**From:** MJ Johnson
**Sent:** Wednesday, December 15, 2021 7:54 PM
**To:** Rebecca Ashley; imodalground@gmail.com
**Cc:** 'Hady Salloum'; Stephen Kosciolek; Claevens Estriplet
**Subject:** RE: Attn: Research Accounting Re Invoice 1 - 2nd Request

**EXTERNAL:**

Hi Rebecca,

Sorry for the delay in responding.

Finance is working to get releases done before the EOY.  I should have a better idea about how things are progressing and will follow-up by next Wed.

Best, MJ

**From:** Rebecca Ashley <rashley@stevens.edu>
**Sent:** Wednesday, December 15, 2021 10:06 AM
**To:** mjjohnson@intermodalholding.com <mjjohnson@intermodalholding.com>; imodalground@gmail.com
**Cc:** Hady Salloum <hsalloum@research.stevens.edu>; Stephen Kosciolek <skosciol@stevens.edu>; Claevens Estriplet

1

<cestripl@stevens.edu>
**Subject:** Attn: Research Accounting Re Invoice 1 - 2nd Request

Good Morning Ms. Johnson,

I just wanted to follow up on this request for payment.

Thank you in advance for addressing this!

Thank you,

Becky Ashley
**Sponsored Account Analyst**
**Office of Finance**
Castle Point on Hudson
Hoboken, New Jersey 07030
rashley@stevens.edu



**From:** Rebecca Ashley
**Sent:** Monday, December 6, 2021 9:27 AM
**To:** mjjohnson@intermodalholding.com
**Cc:** imodalground@gmail.com
**Subject:** Attn: Research Accounting Re Invoice 1

Good Morning Ms. Johnson,

My apologies if you have responded regarding the attached invoice previously, our previous invoicing person, Hugo, has left the university and I have taken over for invoice processing and accounts receivable questions.

The attached invoice was sent in June and to date we have not received any payments toward the invoiced amount. Can you please let me know if there is an issue with sending payment or if further information is needed from Stevens for processing payment?

Thank you in advance for your attention to this!

Take Care,

Becky Ashley
**Sponsored Account Analyst**
**Office of Finance**
Castle Point on Hudson
Hoboken, New Jersey 07030
rashley@stevens.edu



| | This email has been checked for viruses by Avast antivirus software. |
|---|---|
| | www.avast.com |