# EXHIBIT "F"

**From:**       mjjohnson intermodalholding.com <mjjohnson@intermodalholding.com>
**Sent:**       Friday, April 1, 2022 4:21 PM
**To:**         Stephen Kosciolek
**Cc:**         Hady Salloum
**Subject:**    Re: Trustee Meeting Results

Steve,

Frist off, the SPAC Trustees approved the release of funds to Stevens upon the condition that a written "Rights of Use" statement be provided by Stevens for use of the acoustic sensor patent data, specifically to collect, store and transmit the sensor "data" to and from iModal Ground's Cloud and back to the researchers.

Please reference page 5, Section 1.1, Objectives #3 in the Stevens / Inter-Modal Holding SOW.  Without a "Rights of Use", Item #3 cannot be satisfied.

The SPAC Trustees have decided to increase their meeting frequency to once a week, so as to allow releases to be addressed more frequently.

I hope that you can assist in moving this matter forward next week.  Nancy Simmons will not be available until April 6th at the earliest.

Best, MJ




The outcome of the Trustees' review is that a require a written "Rights of Use" for the acoustic sensor patent is a firm requirement for the privates to do a release of funds.  Without that written document the privates cannot assure their investors that the acoustic data can be collected and stored.
Nancy Simmon will not be available until April 6th to discuss moving the "Right of Use".

The Trustees have decided to hold weekly review meeting.

The patent is key for the privates to process the acoustic sensor in the Cloud that will then be accessed by SIT researchers.
The acoustic sensor resides at the edge of network. But can't be installed on our network without a written "Right of Use".



By the way, Inter-Modal Holding held in reserve $10M of coupons to cover the $3.3M research investment being made. T
Privates built the network

---

1

**From:** mjjohnson intermodalholding.com <mjjohnson@intermodalholding.com>
**Sent:** Friday, April 1, 2022 08:26
**To:** Stephen Kosciolek <skosciol@research.stevens.edu>
**Subject:** Re: trustee meeting

Hi Steve,

I am in a post review all morning.  I will try to touch base before the EOD.
Word I have is that things went very welll, as did DHS' Industry Day yesterday.

r/MJ

---

**From:** Stephen Kosciolek <skosciol@research.stevens.edu>
**Sent:** Friday, April 1, 2022 08:12
**To:** mjjohnson intermodalholding.com <mjjohnson@intermodalholding.com>
**Subject:** trustee meeting

MJ,

I know the end of month is busy, but if you could give me a quick update on whether or not payment is forthcoming, I would appreciate it.

   Steve

**Stephen Kosciolek**
**Director**
**Office of Sponsored Accounting and Cost Analysis**
T 201 216 3496
**STEVENS INSTITUTE OF TECHNOLOGY**
facebook   •   twitter   •   linkedin   •   youtube