# EXHIBIT "G"



Office of the Vice President, General Counsel and Secretary

Tel  201 216 5667

April 20, 2022

VIA EMAIL AND FEDERAL EXPRESS
M.J. Johnson
iModalGround, LLC
112 S. 24th Street
Weirton, WV 26062
mjjohnson@intermodalholding.com

President/CEO
Inter-Modal Holding LLC
117 S. Hollywood Boulevard
Steubenville OH 43952

> **RE**: **Sponsored Research Agreement entitled "Research for the Commercialization of the Passive Acoustic Underwater Intruder Detection System"**

To Those Concerned,

Reference is made to the sponsored research agreement dated October 1, 2020 (the "Agreement"), among iModal Ground ("iModal"), Inter-Modal LLC ("Inter-Modal") and Stevens Institute of Technology ("Stevens").

As we are all aware, neither iModal nor Inter-Modal has yet paid the amounts which are due and owing under the Agreement in support of the research in the amount of $3.3 million. These amounts were originally invoiced by Stevens in June 2021. The parties have had recent interaction in which this debt has been acknowledged and iModal agreed that the full amount will be paid promptly. It is imperative at this late date that this payment occur at once. **To that end, please respond to this letter and make full payment within five (5) business days.** As you know, Stevens' payment instructions are contained in the Agreement. If there are any questions about this payment, please contact me.

In the event that such amounts are not paid in full, we will work with our outside counsel to pursue all available remedies against both entities. Such remedies will include notification of any applicable governmental sponsors, as appropriate. Please inform your attorneys and provide them with a copy of this letter.

April 20, 2022
Page 2

As we all hope and expect, the amounts owed to Stevens will be paid in full and, once paid, the following will apply, all in accordance with the Agreement:

a. The parties will proceed with the technical scope described in the Agreement which calls for certain work to be completed and deliverables made available by March 31, 2023;
b. Stevens will provide a report on the research project being conducted by Dr. Salloum, which has employed an underwater passive acoustic sensor and will include associated data from the sensor, for iModal's use in its internal research;
c. So long as iModal's use is for internal purposes only, iModal may store the subject data in an iModal cloud-based application; and
d. iModal will have the option to obtain certain rights to intellectual property arising in the course of the research project.

We await your response.

Very truly yours,

Kathy L. Schulz
Vice President, General Counsel and Secretary

cc: Dr. Hady Salloum, Principal Investigator
Dr. Louis J. Mayer, Chief Financial Officer