# CALLAHAN & FUSCO LLC
### Attorneys at Law

103 Eisenhower Parkway | Suite 400
Roseland | New Jersey | 07068 | 877-618-9770

Matthew B. Sicheri, Esq. | Associate
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
877-618-9770 | F: 877-618-9772
msicheri@callahanfusco.com

CONNECTICUT | FLORIDA | GEORGIA | MASSACHUSETTS | NEW JERSEY | NEW YORK | PENNSYLVANIA

*PLEASE SEND MAIL TO 103 EISENHOWER PARKWAY SUITE 400, ROSELAND, NJ 07068 FOR PROCESSING*

May 12, 2023

**VIA ECF**

The Honorable James B. Clark, III, U.S.M.J.
United States District Court,
District of New Jersey, Newark Venue
50 Walnut Street, Room MLK2A
Newark, New Jersey 07101

| | |
|---|---|
| **Re:** | **The Trustees of the Stevens Institute of Technology v. iModalGround, LLC et al** |
| **Docket No.:** | **2:22-CV-04411-JXN-JBC** |
| **Our File No.:** | **STEVENS-001** |

Dear Judge Clark:

As Your Honor is aware, we represent the Plaintiff, The Trustees of the Stevens Institute of Technology (hereinafter "Plaintiff"), a non-profit educational institution, in the above-referenced action for recovery of approximately $3.3 Million from the Defendants, iModalGround, LLC and Inter-Modal Holdings, LLC (hereinafter "Defendants").

Currently, the parties have a Video Settlement Conference before Your Honor set for 2:00 p.m. on Monday, May 15, 2023. This past Wednesday afternoon, May 10, 2023, Defendants supplied a counteroffer to continue settlement negotiations; however, Plaintiff has requested additional information regarding specifics of the presented counteroffer. Accordingly, the parties submit this joint request to adjourn the pending Video Settlement Conference with Your Honor to address the counteroffer presented by Defendants.

Should Your Honor require any further information, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ *Jason R. Mischel*
JASON R. MISCHEL
*Attorneys for Defendants*

/s/ *Matthew B. Sicheri*
MATTHEW B. SICHERI
*Attorneys for Plaintiff*

\* The settlement conference scheduled with the parties on May 15, 2023 is adjourned to June 26, 2023 at 12:00 PM. The parties may submit updated settlement memos not to exceed five (5) pages by no later than June 21, 2023.

MBS/ao

**SO ORDERED**
**s/James B. Clark**
James B. Clark, U.S.M.J.
**Date:** 5/15/23