# CALLAHAN&FUSCO LLC
### Attorneys at Law

Matthew B. Sicheri, Esq. | Associate
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
877-618-9770 | F: 877-618-9772
msicheri@callahanfusco.com

103 Eisenhower Parkway | Suite 400
Roseland | New Jersey | 07068 | 877-618-9770

CONNECTICUT | FLORIDA | GEORGIA | MASSACHUSETTS | NEW JERSEY | NEW YORK | PENNSYLVANIA

PLEASE SEND MAIL TO *103 Eisenhower Parkway Suite 400, Roseland, NJ 07068* FOR PROCESSING

September 22, 2023

**VIA ECF**

The Honorable Julian Xavier Neals, U.S.D.J.
United States District Court,
District of New Jersey, Newark Venue
50 Walnut Street, Room 4015
Newark, New Jersey 07101

> Re:   **The Trustees of the Stevens Institute of Technology v. iModalGround, LLC et al.**
> **Docket No.:        2:22-CV-04411-JXN-JBC**
> **Our File No.:        STEVENS-001**

Dear Judge Neals:

As Your Honor is aware, we represent the Plaintiff, The Trustees of the Stevens Institute of Technology (hereinafter "Plaintiff"), a non-profit educational institution, in the above-referenced action.

As Your Honor is aware, this matter is set to be Administratively Terminated on September 28, 2023.  *See generally*, E.C.F. Doc. 38.  The parties have finalized their settlement agreement which includes a Consent Judgment.  The parties request that the Court, in accordance with the parties' settlement agreement, enter this Consent Order, annexed hereto.

Should Your Honor require any further information, please do not hesitate to contact the undersigned.

Very truly yours,

MATTHEW B. SICHERI

MBS/ao

cc:   Jason R. Mischel, Esq. (*via ECF*)